UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>*Plaintiff*<br><br>VERSUS<br><br>BRADLEY JOHNSON,<br>*Defendant* | CASE NO.:  24-mc-567<br><br>SECTION:  "P" (1)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument on Plaintiff's Motion to Compel (Rec. Doc. 4) will be held on **Wednesday, March 27, 2024**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that any memorandum in reply must be filed by **4:00 p.m**. **on the Friday preceding oral argument**.

New Orleans, Louisiana, this 7th day of March, 2024.

_____
Janis van Meerveld
United States Magistrate Judge

CLERK TO SERVE VIA U.S. MAIL:
Bradley Johnson
9826 Elm Place
New Orleans, LA 70123-1558

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*